J. Malcolm DeVoy IV (Nevada Bar No. 11950)
RANDAZZA LEGAL GROUP
jmd@Randazza.com
7001 W. Charleston Boulevard, # 1043
Las Vegas, NV 89117
Telephone: 888-667-1113
Facsimile: 305-437-7662

Attorney for PornGuardian,
Piracy Stops Here, LLC

**2:11-ms-00024-NA**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re PornGuardian: the Identification of John Does 1-50 Pursuant to the Digital Millennium Copyright Act | Case No.<br><br>**APPLICATION AND DECLARATION IN SUPPORT OF ISSUANCE OF SUBPOENA UNDER 17 U.S.C. § 512(h)** |

APPLICATION AND DECLARATION IN SUPPORT OF

ISSUANCE OF SUBPOENA UNDER 17 U.S.C. § 512(h)

Pursuand to 17 U.S.C. § 512(h)(2)(C), I, J. Malcolm DeVoy IV, attorney for PornGuardian, hereby swear that the purpose for which PornGuardian seeks the registered subpoenas is to obtain the identity of alleged copyright infringers, and that such information will only be used for the purpose of protecting PornGuardian's intellectual property rights.

Executed under penalty of perjury this 3rd day of March, 2011

J. Malcolm DeVoy IV
Attorney for Plaintiff,
*PornGuardian*

- 1 -

**RANDAZZA** LEGAL GROUP

Correspondence from:
J. Malcolm DeVoy IV, Esq.
jmd@randazza.com

**Reply to Las Vegas Office via Email or Fax**

MARC J. RANDAZZA
Licensed to practice in
Massachusetts
California
Arizona
Florida

JESSICA S. CHRISTENSEN
Licensed to practice in
California

JONATHANE M. RICCI
Licensed to practice in
Michigan
Ontario, Canada
U.S. Tax Court

JASON A. FISCHER
Licensed to practice in
Florida
California
U.S. Patent Office

J. MALCOLM DEVOY
Licensed to practice in
Wisconsin
Nevada

www.randazza.com

**Las Vegas**
7001 W. Charleston Blvd.
Suite Number 1043
Las Vegas, NV 89117
Tel: 888.667.1113
Fax: 305.437.7662

**San Diego**
3969 Fourth Avenue
Suite Number 204
San Diego, CA 92103
Tel: 888.667.1113
Fax: 305.437.7662

**Miami**
2 S. Biscayne Boulevard
Suite Number 2600
Miami, FL 33131
Tel: 888.667.1113
Fax: 305.437.7662

**Toronto**
1137 Centre Street
Suite Number 201
Toronto, ON L4J 3M6
Tel: 888.667.1113
Fax: 416.342.1761

March 3, 2011

Clerk's Office, U.S. District Court
District of Nevada – Las Vegas Division
333 Las Vegas Boulevard South
Las Vegas, NV 89101

Re: *DMCA Subpoena*     **2:11-ms-00024-NA**

Dear Clerk of Court:

Thank you for your employees taking the time to speak with me on Tuesday this week and for looking into your policies concerning the issuance of a DMCA subpoena. Enclosed please find a request for the issuance of three subpoenas by your court pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512(h). As required by the statute, the following are enclosed:

1. The Application/Declaration for the DMCA subpoena to be issued;
2. A copy of the proposed subpoena to be signed by the appropriate court officer;
3. A copy of a DMCA notice sent to the subject of the subpoena, as required by the DMCA;

I recognize that DMCA subpoena file requests are rare. Should you have any questions or require any additional items, please feel free to contact me at 888-667-1113 ex. 4.

Best regards,

J. Malcolm DeVoy IV

Encs.